## Case No. 5,221.

GARDNER v. BAILEY.

[Codd. Trade-Marks, 131; Cox, Manual Trade-Mark Cas. 206.]

Circuit Court, D. Pennsylvania. 1871.

THE COURT enjoined the defendants, and a jury subsequently gave a verdict in favor of the plaintiffs for damages.